**ROBERT L. ARLEO, ESQ. P.C.**
380 Lexington Avenue
17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115                                                                               Fax: (518) 751-1801
Email: robertarleo@gmail.com                                                                    www.robertarleo.com

March 9, 2020

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

RE: Klein v. Forster & Garbus, LLP et al.
   19-cv-06164 (DLI)(RML)

Dear Magistrate Judge Levy:

   Please be advised that I represent the Defendants named in the above-entitled action. Your Honor has directed an initial conference to occur on March 11th at 3:30 pm. I ask Your Honor to allow the attorneys to appear therein by telephone. If Your Honor denies the telephone appearance request, I ask Your Honor to adjourn the conference until a date in April (except April 7-17 as I understand the Plaintiff's attorney are precluded on these dates by the religious holidays). The reason for this adjournment request is that I am out of New York State and I will not be returning until early April. Plaintiff's attorneys consent to the herein requests and no prior application(s) has been made in regard thereto.

Respectfully submitted,

/ s / Robert L. Arleo

Robert L. Arleo

RLA:gra
Cc: All attorneys of record via ECF