UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JACOB KLEIN, individually and on behalf
of all others similarly situated,

                    Plaintiff,                    JUDGMENT
     -against-                                  19-cv-06164 (DLI) (RML)

FORSTER & GARBUS, LLP and JOHN DOES 1-25,

                    Defendants.
-----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on June 28, 2021, granting Defendant's motion for judgment on the pleadings; denying leave to amend the Complaint; and dismissing the Complaint; it is

       ORDERED and ADJUDGED that Defendant's motion for judgment on the pleadings is granted; that leave to amend the Complaint is denied; and that the Complaint is dismissed.

Dated:  Brooklyn, New York                                 Douglas C. Palmer
         June 29, 2021                                      Clerk of Court

                                                         By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk